# EXHIBIT C







B.o.j and sons construction :sound booth

B.o.j and sons construction
118 subscribers

Subscribe

👍 29　👎　↗ Share　⤓ Download　✂ Clip　Save

614 views　6 years ago



youtube.com/watch?v=riqbbDFv8Qs&t=1s

b.o.j and sons

All    From your search    For you    Recently u

2:33 / 3:27

**B.o.j and sons construction :sound booth**

B.o.j and sons construction
118 subscribers

Subscribe

29    Share    Download    Clip    Save

614 views   6 years ago



