**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

USBC-MD B FILED
15 OCT 26 PM 2:13

**In re:** **Case No.:** 26-12151-DER **Chapter 7** **Adversary Proceeding No.:** 26-00136

**Dayna C. Cooper, Plaintiff**
v.
**Dana Evette Jones, Defendant**

# DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE

COMES NOW, Defendant Dana Evette Jones, appearing pro se, and respectfully submits this Response in Opposition to Plaintiff's Motion in Limine to Exclude Evidence.

In support of this response, Defendant states as follows:

## 1. Explanation of the Missed Deadline

I respectfully acknowledge that I misunderstood the filing deadline outlined in the Court's Scheduling Order.

After reviewing the Court's notification and discussing the scheduling dates with my advisor at the Bankruptcy Court, I mistakenly believed that October 14, 2026, was the deadline for submitting my documents and exhibits.

I now understand that the required deadline was October 7, 2026. This was an honest misunderstanding on my part and was never intended to disregard the Court's instructions or delay these proceedings.

## 2. Submission and Delivery of Documents

On October 14, 2026, I submitted my documents and exhibits to the Bankruptcy Court. I also emailed copies of the documents to the Plaintiff, Ms. Dayna C. Cooper, and mailed her a copy as well.

Although my submission was made after the October 7 deadline, I made every effort to ensure that the Court and the Plaintiff received my supporting documentation.

Additionally, some of these documents had previously been submitted with my Answer, as acknowledged in the Plaintiff's Motion.

I respectfully submit that my actions demonstrate a good-faith effort to comply with the Court's requirements and correct my misunderstanding.

## 3. Importance of Evidence

The documents and exhibits I submitted are important to my defense. I have consistently maintained that I was not an owner of BOJ & Sons Construction and did not personally sign or enter into the contract associated with the disputed debt.

The evidence I submitted supports my position and provides information that I believe is necessary for the Court to fairly evaluate the circumstances of this matter.

I respectfully ask that my misunderstanding of the deadline not prevent me from presenting evidence that is relevant to my defense.

## 4. Response to Plaintiff's Claims of Prejudice

I understand the Plaintiff's concerns regarding the late submission of evidence. However, I respectfully ask the Court to consider that I submitted my documents before the scheduled October 21, 2026, trial and provided copies to the Plaintiff by both email and mail.

I did not intentionally withhold evidence or attempt to create an unfair advantage.

I am willing to cooperate with any reasonable direction from the Court to ensure that the Plaintiff has an appropriate opportunity to review the submitted materials.

## 5. Response to Request for Expenses and Lost Income

I respectfully oppose the Plaintiff's request for expenses or lost income associated with the late submission.

My misunderstanding was unintentional, and I made efforts to correct the matter by submitting the documents and providing copies to the Plaintiff.

I respectfully request that the Court consider these circumstances and deny any request for monetary sanctions.

## WHEREFORE, Defendant Respectfully Requests That the Court:

1. Deny the Plaintiff's Motion in Limine to Exclude Evidence.
2. Accept the documents and exhibits submitted by Defendant on October 14, 2026, notwithstanding the missed October 7 deadline.
3. Permit Defendant to present her relevant evidence at the October 21, 2026, trial.
4. Deny the Plaintiff's request for expenses and lost income.
5. Grant any other relief the Court deems just and appropriate.

I sincerely regret my misunderstanding of the Court's scheduling requirements. I have the utmost respect for the Court and its procedures and respectfully ask for the opportunity to have my evidence considered so that this matter may be decided fairly and based upon the facts presented.

Respectfully submitted,

____________________

**Dana Evette Jones**
Defendant

October 15, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2026, I served a copy of the foregoing Defendant's Response in Opposition to Plaintiff's Motion in Limine by email and first-class mail. A copy was also sent via first-class to the U.S. Trustee at the addresses listed below.

**Dayna C. Cooper**
2884 Kentucky Avenue
Baltimore, MD 21213
Email: Dayna@cooperlegalsolutions.com

Office of the U.S. Trustee
101 West Lombard Street, Suite 8530
Baltimore, Maryland 21201

By: Email and U.S. Mail

______________________
Dana Evette Jones
Defendant, Pro Se